STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMTUH
Assistant Federal Public Defender
1301 Clay St., Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500
Fax: (510) 637-3507

Counsel for Defendant
NICOLE MCPHERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br>v.<br><br>NICOLE MCPHERSON,<br><br>DEFENDANT. | CR 17-493-MAG<br><br>STIPULATION TO CONTINUANCE; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the CHANGE OF PLEA/CONSENT TO JURISDICTION HEARING date of November 15, 2017 presently scheduled at 9:30 a.m. before the Honorable Kandis A. Westmore, be vacated and re-set for November 22, 2017 at 9:30 a.m.

The requested continuance is necessary because the defense needs additional time to review the discovery and conduct meetings between client and counsel prior to settling this case. The requested continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until November 22, 2017 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), because the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is

CR 17-493-MAG
Stip. to Continuance; [Proposed] Order

1

necessary to accommodate counsel's preparation efforts.

DATED: November 14, 2017  /S/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Defendant NICOLE MCPHERSON

DATED: November 14, 2017  /S/
SAMANTHA SCHOTT
Special Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts. Therefore, it is

ORDERED that the time until November 22, 2017 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv). Further, it is

ORDERED that the CHANGE OF PLEA/CONSENT TO JURISDICTION HEARING date of November 15, 2017 presently scheduled at 9:30 a.m. before the Honorable Kandis A. Westmore, be vacated and re-set for November 22, 2017 at 9:30 a.m.

IT IS SO ORDERED.

DATED: 11/15/17

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE

CR 17-493-MAG
Stip. to Continuance; [Proposed] Order

2